AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Michael Gerard Fournier
DOB: ███

Defendant(s)

)
) Case: 1:24-mj-00020
) Assigned To : Judge Moxila A. Upadhyaya
) Assign. Date : 01/19/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restrict Building or Grounds;, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building or Grounds; and, |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Buidling. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

███, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/19/2024

City and state: Washington, D.C.

_____
Judge's signature

Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title