AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00020 |
| Michael Gerard Fournier | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 01/19/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Michael Gerard Fournier ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restrict Building or Grounds;;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds; and;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Buidling.

Date:  01/19/2024                                          *M.A. Upad* (signature)
                                                                      *Issuing officer's signature*

City and state:   Washington, D.C.                Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 19 JAN 2024 , and the person was arrested on *(date)* 22 JAN 2024
at *(city and state)* Portland ME .

Date: 22 JAN 2024                                      Sean Murphy (signature)
                                                                    *Arresting officer's signature*

                                                                    Sean Murphy, Special Agent - FBI
                                                                    *Printed name and title*