AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Gerard Fournier<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00020
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 01/19/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Michael Gerard Fournier _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restrict Building or Grounds;;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds; and;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Buidling.

Date:     01/19/2024

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 19 JAN 2024 , and the person was arrested on *(date)* 22 JAN 2024<br>at *(city and state)* Portland ME . |
| Date: 22 JAN 2024<br><br>_____<br>*Arresting officer's signature*<br><br>Sean Murphy, Special Agent - FBI<br>*Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Gerard Fournier<br>DOB: ███████ | ) Case: 1:24-mj-00020<br>) Assigned To : Judge Moxila A. Upadhyaya<br>) Assign. Date : 01/19/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,<br>18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restrict Building or Grounds;,<br>40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds; and,<br>40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Buidling. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

███████████████████

*Complainant's signature*

████████, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 01/19/2024 _____

*Judge's signature*

City and state: _____ Washington, D.C. _____        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

Case: 1:24-mj-00020
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 01/19/2024
Description: COMPLAINT W/ARREST WARRANT

Case 1:24-mj-00020-MAU   Document 6   Filed 01/23/24   Page 3 of 29

# STATEMENT OF FACTS

Your affiant, ███████████, is a Federal Bureau of Investigation ("FBI") Special Agent currently assigned to the Boston Field Office, Portland, Maine Resident Agency, where I serve on the Joint Terrorism Task Force. As part of my duties as a FBI Special Agent, I investigate criminal violations relating to international and domestic terrorism and other threats to national security and public safety.  I have been an FBI Special Agent since April 2023.  I received 18 weeks of training at the FBI Academy in Quantico, Virginia.  Prior to becoming an FBI Special Agent, I was a commissioned officer in the United States Air Force, where I reached the rank of Captain.  I served on active duty for nine years as a Tactical Air Control Party Officer and Joint Terminal Attack Controller within Air Force Special Warfare. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session

1

of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On or about January 11, 2021, the FBI received a tip from an acquaintance of Michael Gerard Fournier (hereinafter, "FOURNIER") of Portland, Maine indicating that FOURNIER was at the U.S. Capitol on January 6, 2021.

The tipster was later provided with three photographs, via email, of an individual at and inside the U.S. Capitol on January 6, 2021.  The tipster stated: "The circled person does look like Michael Fournier but they are a little blurry, but pretty sure that is him." Additionally, through my own investigation, including reviewing FOURNIER's driver's license photo, FOURNIER appears to be the same person in Image 1 and other video footage collected on January 6, 2021.

On November 3, 2021, the FBI met with the brother of FOURNIER who stated that FOURNIER was in Washington, D.C. on January 6, 2021. On August 22, 2022, FOURNIER's brother subsequently confirmed that FOURNIER was inside the U.S. Capitol building on January 6, 2021, but declined to identify FOURNIER in a photograph from inside the U.S. Capitol building.

During the investigation, the FBI reviewed U.S. Capitol Police CCTV surveillance footage, open-source footage, and officer body-worn camera, which captured FOURNIER's activities on January 6, 2021.  At approximately 2:38 p.m. EST, FOURNIER, in the yellow circle, first approached the U.S. Capitol from the east at the intersection of East Capitol Street and First Street NE near the U.S. Supreme Court building, as depicted in Image 1 below.  He stopped to take a picture on the sidewalk and then continued to walk towards the east front of the U.S. Capitol where a large crowd had assembled.



*Image 1*

Image 2, a screenshot from an open-source video, captured FOURNIER on the East Plaza of the U.S. Capitol below the stairs to the Rotunda doors among a large crowd. FOURNIER is wearing a red sweatshirt and scarf. FOURNIER is also wearing a red bucket hat and sunglasses. Several rioters can be seen climbing on top of what appears to be a police vehicle.

3


*Image 2*

  Shortly thereafter, FOURNIER proceeded to climb the steps to the Rotunda doors. Image 3, a screenshot from open-source video, captured FOURNIER, in his red bucket hat and sunglasses, outside the Rotunda doors chanting, "It's our house," with his fist raised in the air.



*Image 3*

Image 4 below is an screenshot from a security camera surveilling the Rotunda doors on the east side of the U.S. Capitol. At approximately 3:02 p.m., the camera captured FOURNIER entering the U.S. Capitol building through the Rotunda doors.  By that time, the windowpanes in the Rotunda doors had been smashed and an alarm was blaring.[1]  FOURNIER also appeared to be carrying a canned beverage in his right hand.

[*This space intentionally left blank*]

---

[1] On December 3, 2021, FOURNIER's then-attorney, Michael Zerillo, voluntarily provided a detailed letter to the FBI in which he admitted to being inside the U.S. Capitol building on January 6, 2021. In that letter, FOURNIER claimed that he "observed no signage restricting his entry" into the U.S. Capitol and "there was no attempt to stop the protestors on that side of the building from entering."



*Image 4*

Upon entering the Capitol, FOURNIER walked west towards the Rotunda, appearing to use his cell phone in his left hand, as depicted in the Image 5 below.  FOURNIER also appeared to be wearing an orange cross-body bag slung over his back and, at some point, he removed his sunglasses from his face.



*Image 5*

6

At approximately 3:03 p.m., FOURNIER entered the Rotunda through the east door and moved around to different locations in the Rotunda for the next several minutes.  Image 6 shows that, at one point, FOURNIER appeared to take out his cell phone to take photographs and/or video for approximately 30 seconds.



*Image 6*

In Image 7, at approximately 3:06 p.m., FOURNIER faced a group of law enforcement officers, wearing riot helmets, as they formed a police line to clear the Rotunda of rioters.



*Image 7*

As law enforcement pushed rioters towards the east door, FOURNIER exited from the Rotunda into the lobby area near the Rotunda doors. A few moments later, FOURNIER attempted to leave the building, as depicted in Image 8 below. But FOURNIER was not successful as U.S. Capitol Police officers at the threshold of the Rotunda doors were able to temporarily secure and shut those doors.



*Image 8*

At approximately 3:09 p.m., FOURNIER walked north and stopped to take a drink out of a can he was holding. FOURNIER then put the can down on the floor next to a bench and began to interact with another rioter who had picked up a painting. FOURNIER took the painting from this individual and walked northwest with it, as depicted in Images 9 and 10 below.

[*This space intentionally left blank*]

8



*Image 9*



*Image 10*

Two minutes later, at approximately 3:11 p.m., FOURNIER walked back towards the Rotunda doors, no longer carrying the painting, as shown in Image 11 below.



*Image 11*

A few moments later, FOURNIER exited from the U.S. Capitol building through the Rotunda doors which had been forced open again. In doing so, FOURNIER turned around, placed both his hands on a U.S. Capitol Police officer, and appeared to exchange words with that officer, as depicted in Image 12 below.



*Image 12*

10

Despite the broken glass, the blaring alarm, the police line in the Rotunda, and interacting with a police officer in the entryway of the Rotunda doors, FOURNIER did not leave the restricted area around the U.S. Capitol. After exiting from the building, FOURNIER made his way around to the west side of the U.S. Capitol where he remained on the Upper West Terrace for at least an hour.

Around 3:44 p.m., FOURNIER appeared on the Upper West Terrace near an accessibility ramp where a police line had formed. Immediately after another rioter was arrested by law enforcement next to the ramp, FOURNIER looked directly at the police line in Image 13 below.



*Image 13*

[*This space intentionally left blank*]

Several minutes later, in Image 14 below, FOURNIER walked directly in front of a police line of officers with tactical gear including riot helmets and shields on the Upper West Terrace.



*Image 14*

Almost an hour later, around 4:38 p.m., FOURNIER appeared briefly at the stairs next to the inauguration stands on the southwest side of the U.S. Capitol. Another police line is visible in Image 15 behind temporary crowd control fencing with posted "area closed" signs. FOURNIER left U.S. Capitol grounds at some time thereafter.



*Image 15*

12

Based on the foregoing, your affiant submits that there is probable cause to believe that FOURNIER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that FOURNIER violated 40 U.S.C. § 5104(e)(2), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 19th day of January 2024.

HON. MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE

13

**Complaint Synopsis**

| | |
|---|---|
| **Name:** | Michael Fournier |
| **Address:**<br>**(City & State Only)** | New Hampshire |
| **Year of Birth and Age:** | 1983, 40 years old |
| **Violations:** | **Count 1:** Entering and Remaining in a Restricted Building or Grounds. *See* 18 U.S.C. § 1752(a)(1). This is a Class A misdemeanor. *See* 18 U.S.C. § 3559(a)(6).<br><br>**Count 2:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds. *See* 18 U.S.C. § 1752(a)(2). This is a Class A misdemeanor. *See* 18 U.S.C. § 3559(a)(6).<br><br>**Count 3:** Disorderly Conduct in a Capitol Building. *See* 40 U.S.C. § 5104(e)(2)(D). This is a Class B misdemeanor. *See* 18 U.S.C. § 3559(a)(7).<br><br>**Count 4:** Parading, Picketing, and Demonstrating in a Capitol Building. *See* 40 U.S.C. § 5104(e)(2)(G). This is a Class B misdemeanor. *See* 18 U.S.C. § 3559(a)(7). |
| **Penalties:** | **Counts 1-2:** Not more than 1 year of imprisonment, a fine of $100,000, or both. *See* 18 U.S.C. §§ 1752(a), 1752(b)(2), and 3571(b)(5).<br><br>**Counts 3-4:** Not more than 6 months of imprisonment, a fine of $5,000, or both. *See* 40 U.S.C. § 5109(b) and 18 U.S.C. § 3571(b)(6). |
| **Supervised Release:** | **Counts 1-2:** Not more than 1 year. *See* 18 U.S.C. § 3583(b)(3).<br><br>***Counts 1-4:** May result in not more than 5 years of probation. *See* 18 U.S.C. § 3561(c)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1-2:** Not more than 1 year of imprisonment. *See* 18 U.S.C. § 3583(e). |

| | |
|---|---|
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1-2:** Not more than 1 year, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | John M. Peirce (outside District of Maine) |
| **Primary Investigative Agency and Case Agent Name:** | FBI |
| **Detention Status:** | Arrest Warrant issued. Defendant in federal custody. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Offense occurred in Washington, D.C. |
| **AUSA:** | Nicholas Heimbach (District of Maine proceedings) |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | **Counts 1-2:** $25 per count. *See* 18 U.S.C. § 3013(a)(1)(A)(iii).<br><br>**Counts 3-4:** $ 10 per count. *See* 18 U.S.C. § 3013(a)(1)(A)(ii). |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Gerard Fournier | ) Case: 1:24-mj-00020<br>) Assigned To : Judge Moxila A. Upadhyaya<br>) Assign. Date : 01/19/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Michael Gerard Fournier                    ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ☒ Complaint
❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restrict Building or Grounds;;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds; and;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Buidling.

Date:          01/19/2024          _____
                                                              *Issuing officer's signature*

City and state:          Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____          _____<br>                                                              *Arresting officer's signature*<br><br>                                                              _____<br>                                                              *Printed name and title* |

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JAN 22  P 4: 53

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:24-mj-14-KFW |
| Michael Gerard Fournier | ) | |
| | ) | Charging District's Case No.   1:24-mj-20 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    District of Columbia    .

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☒   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:    01/22/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Caleigh Milton, Esq.
*Printed name of defendant's attorney*

AO 199A (Rev. 12/11)  Order Setting Conditions of Release | Page 1 of ___4___ Pages

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

# UNITED STATES DISTRICT COURT
for the
District of Maine

2024 JAN 22 P 4: 53

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| Michael Gerard Fournier | ) |
| *Defendant* | ) |

DEPUTY CLERK

Case No.    2:24-mj-14-KFW

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   As directed

*Place*

on _____ As directed
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                                           Page  2  of  4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                        *Custodian*                                          *Date*

( ☒ )  (7)  The defendant must:

( ☒ )  (a)  submit to supervision by and report for supervision to the   US Probation and Pretrial Services Office_____ , New Hampshire
telephone number       603-225-1515       , no later than   as directed_____ .

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( ☐ )  (d)  surrender any passport to: _____

( ☐ )  (e)  not obtain a passport or other international travel document.

( ☒ )  (f)  abide by the following restrictions on personal association, residence, or travel:     Foreign travel only with permission from the Court;
travel to District of Columbia is prohibited except for Court, Pre-Trial Services, or attorney meetings with advance approval of
supervising officer; advise Pretrial Services of any travel within United States outside of Maine and district in which he is supervised.

( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including: _____

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
necessary.

( ☒ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol (  ☐  ) at all (  ☐  ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
medical practitioner. This provision does not permit the use of marijuana even with a prescription, without further permission of the Court
or probation officer.

( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with
random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
of prohibited substance screening or testing.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
supervising officer.

( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
directed by the pretrial services office or supervising officer; or

( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
activities approved in advance by the pretrial services office or supervising officer; or

( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
court appearances or other activities specifically approved by the court; or

( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However,
you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:

    ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or

    ( ☐ ) (ii)   Voice Recognition; or

    ( ☐ ) (iii)  Radio Frequency; or

    ( ☐ ) (iv)  GPS.

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ )  (t)  _____

AO 199C  (Rev. 03/09)  Advice of Penalties                                                      Page  4  of 4  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Portland, ME
_____
*City and State*

### Directions to the United States Marshal

( ☒ )  The defendant is ORDERED released after processing.

( ☐ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   1/22/2024

_____
*Judicial Officer's Signature*

Karen Frink Wolf, U.S. Magistrate Judge
_____
*Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JAN 22 P 4: 53

DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   2:24-mj-00014-KFW |
| Michael Gerard Fournier | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Michael Gerard Fournier _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;

( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1)   This is a personal recognizance bond.

( ☐ ) (2)   This is an unsecured bond of $ _____ .

( ☐ ) (3)   This is a secured bond of $ _____ , secured by:

( ☐ ) (a)  $ _____ , in cash deposited with the court.

( ☐ ) (b)  the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____ .

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c)  a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____
_____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: _____1/22/2024_____          _____
                                               *Defendant's signature*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____      _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____1/22/2024_____          _____
                                            *Signature of Clerk or Deputy Clerk*

Approved.

Date: _____1/22/2024_____          _____
                                            *Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JAN 22 P 4: 54

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 2:24-mj-14-KFW |
| | ) | |
| Michael Gerard Fournier | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District Case No. 1:24-mj-20 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

Place:   United States District Court          Courtroom No.: By Video
         District of Columbia
                                               Date and Time: February 1, 2024, at 12:30pm

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 1/22/2024

_____
*Judge's signature*

Karen Frink Wolf, U.S. Magistrate Judge
_____
*Printed name and title*

CLOSED

# U.S. District Court
## District of Maine (Portland)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-00014-KFW All Defendants

Case title: USA v. FOURNIER                    Date Filed: 01/22/2024

Assigned to: MAGISTRATE JUDGE
KAREN FRINK WOLF

### Defendant (1)
**MICHAEL GERARD FOURNIER**          represented by **CALEIGH MILTON**
FEDERAL DEFENDER'S OFFICE
P.O. BOX 595
PORTLAND, ME 04112-0595
207-387-6925
Fax: 207-553-7017
Email: caleigh_milton@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts                          ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                       ### Disposition
None

### Highest Offense Level (Terminated)
None

### Complaints                              ### Disposition
COUNT ONE **-** KNOWINGLY ENTERING
OR REMAINING IN ANY RESTRICTED
BUILDING OR GROUNDS WITHOUT
LAWFUL AUTHORITY, 18:1752(a)(1).
COUNT TWO - DISORDERLY AND
DISRUPTIVE CONDUCT IN A
RESTRICTED BUILDING OR

GROUNDS, 18:1752(a)(2). COUNT
THREE - DISORDERLY CONDUCT IN A
CAPITOL BUILDING OR GROUNDS,
40:5104(e)(2)(D). COUNT FOUR -
PARADING, DEMONSTRATING, OR
PICKETING IN A CAPITOL BUILDING,
40:5104(e)(2)(G).

**Interested Party**

**DISTRICT OF COLUMBIA**

**Plaintiff**

**USA**                                    represented by   **NICHOLAS S. HEIMBACH**
DOJ-USAO
100 MIDDLE STREET
EAST TOWER, 6TH FLOOR
PORTLAND, ME 04101
207-780-3257
Email: nicholas.heimbach@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2024 | | Arrest (Rule 5) of MICHAEL GERARD FOURNIER (nrg) (Entered: 01/22/2024) |
| 01/22/2024 | 1 | Rule 5 Documents as to MICHAEL GERARD FOURNIER (Attachments: # 1 Statement of Facts, # 2 Synopsis, # 3 Arrest Warrant)(nrg) (Entered: 01/22/2024) |
| 01/22/2024 | 2 | NOTICE OF HEARING as to MICHAEL GERARD FOURNIER: Rule 5 Hearing, Attorney Appointment, and Bond Hearing set for 1/22/2024 03:30 PM in Portland Hearing Room before MAGISTRATE JUDGE KAREN FRINK WOLF. (nrg) (Entered: 01/22/2024) |
| 01/22/2024 | 3 | Pretrial Services Report as to MICHAEL GERARD FOURNIER filed by U.S. Probation. (Access to document is restricted to USA and applicable defendant only) (METCALFE, JENNIFER) (Entered: 01/22/2024) |
| 01/22/2024 | 4 | Minute Entry for proceedings held before MAGISTRATE JUDGE KAREN FRINK WOLF:Rule 5 Hearing held as to MICHAEL GERARD FOURNIER. Defendant advised of rights. Initial Appearance held as to MICHAEL GERARD FOURNIER. Caleigh Milton, Esq. is filling in for retained counsel for today only. After court inquiry, the record reflects the defendant self-surrendered on 01/22/2024. Bond Hearing held as to MICHAEL GERARD FOURNIER. Bond set as to MICHAEL GERARD FOURNIER (1) Personal Recognizance. Personal Recognizance Bond Made by MICHAEL GERARD FOURNIER. Order setting conditions of release issued. Defendant ordered released after processing. (Court Reporter: Michelle Feliccitti) (lcb) (Entered: 01/23/2024) |

| 01/22/2024 | 5 | WAIVER of Rule 5 Hearings by MICHAEL GERARD FOURNIER (lcb) (Entered: 01/23/2024) |
|---|---|---|
| 01/22/2024 | 6 | ORDER Setting Conditions of Release as to MICHAEL GERARD FOURNIER. By MAGISTRATE JUDGE KAREN FRINK WOLF. (lcb) (Entered: 01/23/2024) |
| 01/22/2024 | 7 | Appearance Bond ( Personal Recognizance ) as to MICHAEL GERARD FOURNIER. (lcb) (Entered: 01/23/2024) |
| 01/22/2024 | 8 | ORDER REQUIRING A DEFENDNAT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to MICHAEL GERARD FOURNIER By MAGISTRATE JUDGE KAREN FRINK WOLF. (lcb) (Entered: 01/23/2024) |
| 01/22/2024 | 9 | ORDER as to MICHAEL GERARD FOURNIER: Pursuant to the Due Process Protection Act, Pub.L.No. 116-182, 134 Stat. 894 (Oct. 21,2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant, that is, all evidence that is favorable to the defendant or tends to cast doubt on the United States' case, as required by *Brady v. Maryland* 383 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court. So Ordered. By MAGISTRATE JUDGE KAREN FRINK WOLF. (lcb) (Entered: 01/23/2024) |
| 01/23/2024 | | Notice to District of Columbia: 1:24-mj-20 of a Rule 5 or 32 Initial Appearance hearing as to MICHAEL GERARD FOURNIER. Using your PACER account, please retrieve the docket sheet and any other necessary documents. All restricted access documents will be sent via email. If you require certified copies of any documents please send a request to ecfhelp@med.uscourts.gov. (lcb) (Entered: 01/23/2024) |