IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 24-mj-20 |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| MICHAEL FOURNIER, | : | |
| | : | 18 U.S.C. § 1752(a)(1) |
| Defendant. | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

**CONSENT MOTION TO CONTINUE DEFENDANT'S INITIAL APPEARANCE**

The United States of America respectfully moves for an order to continue Defendant Michael Fournier's initial appearance, which is currently scheduled for February 1, 2024 at 12:30 p.m., to February 8, 2024 at 12:30 p.m., by videoconference. Defendant previously had an initial appearance in the U.S. District Court for the District of Maine, where the arrest occurred, on January 22, 2024. Counsel for the Defendant, John M. Pierce, is currently in trial in *United States v. John George Todd III*, 22-CR-00166-BAH. Earlier today, undersigned counsel conferred with counsel for the defendant, who requested the continuance and consents to the requested relief.

1

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


/s/ *Jake E. Struebing*
Jake E. Struebing
Assistant United States Attorney
D.C. Bar No. 1673297
United States Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C.
(202) 252-6931
jake.struebing@usdoj.gov

2