# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO: 24-mj-20 |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| **MICHAEL FOURNIER,** | : | |
| | : | **18 U.S.C. § 1752(a)(1)** |
| Defendant. | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## **PROPOSED ORDER**

Upon reviewing the United States' Consent Motion to Continue Defendant's Initial Appearance, IT IS ORDERED that the Motion is hereby GRANTED, and that the Defendant's initial appearance in the above-captioned case is continued to February 8, 2024 at 12:30 p.m.

Date: _____

JUDGE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

1