# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**MICHAEL FOURNIER,**<br>　　　　　　　　**Defendant.** | Case no. 24-mj-20 |

# **ORDER**

This matter having come before the Court pursuant to a Motion to Continue, and upon consideration of the entire record, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the initial appearance scheduled for February 1, 2024, is continued to February 20, 2024, at 12:30 PM, by videoconference.

**SO ORDERED.**

Washington, D.C.  
Jan. 31, 2024

HONORABLE G. MICHAEL HARVEY  
United States Magistrate Judge